```
 1 │ THOMAS E. FRANKOVICH (State Bar No. 074414)
   │ KRISTINA M. WERTZ (State Bar No. 235441)
 2 │ THOMAS E. FRANKOVICH,
   │ *A Professional Law Corporation*
 3 │ 2806 Van Ness Avenue
   │ San Francisco, CA 94109
 4 │ Telephone:   415/674-8600
   │ Facsimile:   415/674-9900
 5 │
   │ Attorneys for Plaintiffs
 6 │ MARSHALL LOSKOT
   │ and DISABILITY RIGHTS
 7 │ ENFORCEMENT, EDUCATION
   │ SERVICES: HELPING YOU
 8 │ HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>ROYAL THAI; ANNA B. FLYNN, an individual; ALBERTA L. BONDOC, an individual; and AMORNPAKARN, INC., a California corporation,<br><br>   Defendants. | CASE NO. C04-4355 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION AND CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |

Plaintiffs MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, through their undersigned counsel, and defendants, ANNA B. FLYNN, an individual; ALBERTA L. BONDOC, an individual; and AMORNPAKARN, INC., a California corporation, through their undersigned counsel stipulate as follows:

///

1. WHEREAS the parties have made a good faith effort to find a time before the June 10, 2005 deadline, in which all parties , their counsel, and the mediator are all available;

2. WHEREAS the earliest common date in which everyone is available is July 13, 2004;

3. WHEREAS, the parties will be continuing informal settlement negotiations prior to the mediation;

4. WHEREAS, a Further Case Management Conference is set for June 28, 2005 at 10:00 a.m.; and,

5. WHEREAS; the parties believe that they will be able to prepare a more meaningful Joint Case Management statement after the mediation takes place.

IT IS HEREBY STIPULATED THAT:

1. The deadline for conducting Settlement as per the ADR Program shall be extended, up to and including July 13, 2005;

2. The Further Case Management Conference will be held shortly after July 13, 2005, pursuant to the Court's schedule and order.

3. This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

///
///
///
///
///
///
///
///
///

1  IT IS SO STIPULATED.

2

3  DATED: May 6 , 2005          THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*
4

5                               By: _____/s/_____
                                    KRISTINA M. WERTZ
6                               Attorneys for Plaintiffs MARSHALL LOSKOT,
                                an individual; and DISABILITY RIGHTS
7                               ENFORCEMENT, EDUCATION SERVICES:
                                HELPING YOU HELP OTHERS, a California
8                               public benefit corporation

9
   Dated: May 6, 2005           GORDON & REES LLP
10

11                              By:_____/s/_____
                                    BRIAN P. MASCHLER
12                                  MARCIE ISOM
                                Attorneys for defendants ANNA B. FLYNN;
13                              ALBERTA L. BONDOC; and AMORNPAKARN,
                                INC.
14

15                              **ORDER**

16

17  IT IS SO ORDERED THAT:

18      The mediation deadline is continued to July 13, 2005 and the Further Case Management

19  Conference is continued to __July 26__, 2005. at 10:00 a.m.

20  An updated joint case management conference
    statement shall be filed no later than July 19, 2005.

21  DATED: _____May 11____, 2005

22                              GRANTED
                                /s/ Elizabeth D. Laporte
                                Judge Elizabeth D. Laporte
23                              By: _____
                                    Honorable Elizabeth D. Laporte
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION AND CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE                                                                          3