1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
6  Attorneys for Plaintiffs MARSHALL LOSKOT
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7
8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 MARSHALL LOSKOT, an individual; and )   **CASE NO. C04-4355 EDL**
   DISABILITY RIGHTS ENFORCEMENT, )
11 EDUCATION SERVICES:HELPING       )      **STIPULATION AND [PROPOSED]**
   YOU HELP OTHERS, a California public )   **ORDER TO CONTINUE THE FURTHER**
12 benefit corporation,              )      **CASE MANAGEMENT CONFERENCE**
                                     )      AS MODIFIED
13        Plaintiffs,               )
                                     )
14 v.                               )
                                     )
15 ROYAL THAI; ANNA B. FLYNN, an     )
   individual; ALBERTA L. BONDOC, an )
16 individual; and AMORNPAKARN, INC., a )
   California corporation,           )
17                                   )
          Defendants.               )
18 _____ )

19

20        Plaintiffs MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS

21 ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California

22 public benefit corporation, through their undersigned counsel, and defendants, ANNA B.

23 FLYNN, an individual; ALBERTA L. BONDOC, an individual; and AMORNPAKARN,

24 INC., a California corporation, through their undersigned counsel stipulate as follows:

25        1.      That on or about July 18, 2005, the parties agreed to terms which settle this matter

26                in its entirety and, accordingly, a Notice of Settlement was filed with the Court.

27

28

2.      Thereafter, the Court continued the Case Management Conference to October 4, 2005, to allow time for the parties to draft, circulate and execute a settlement agreement and stipulated dismissal.

3.      Unfortunately, the associate attorney handling this matter for plaintiffs departed plaintiffs' counsel's firm at the end of August 2005, and work on the settlement documents for this matter was unduly delayed.  Plaintiffs' counsel regrets this delay, and apologies to the Court and defendants' counsel for the resulting inconvenience.

4.      The parties believe that circulation and final execution of the settlement agreement and stipulated dismissal herein should be completed within the next fourteen (14) days, and therefore, stipulate to and respectfully request that the case management conference be again continued for a two week period.

IT IS SO STIPULATED.

Dated: September 27, 2005                THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*


                                         By:   ___/s/ Jennifer L. Steneberg_____
                                               Jennifer L. Steneberg
                                         Attorneys for Plaintiffs MARSHALL LOSKOT,
                                         an individual; and DISABILITY RIGHTS
                                         ENFORCEMENT, EDUCATION SERVICES

Dated: September 27, 2005                GORDON & REES LLP


                                         By:   ___/s/ Brian P. Maschler_____
                                               Brian P. Maschler
                                               Marcie Isom
                                         Attorneys for defendants ANNA B. FLYNN;
                                         ALBERTA L. BONDOC; and AMORNPAKARN,
                                         INC.

///

///

///

///

///

## ORDER

IT IS HEREBY ORDERED that the case management conference set for October 4, 2005, is continued to October ~~18~~ 25, 2005, at 10:00 a.m.  The parties shall submit an updated joint case management statement no later than October ~~11~~ 18, 2005.

DATED: __September 28___, 2005



_____
Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE