1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs MARSHALL LOSKOT
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 MARSHALL LOSKOT, an individual; and )   CASE NO. C04-4355 EDL
   DISABILITY RIGHTS ENFORCEMENT,     )
11 EDUCATION SERVICES:HELPING         )   STIPULATION OF DISMISSAL AND
   YOU HELP OTHERS, a California public )  [~~PROPOSED~~] ORDER THEREON
12 benefit corporation,                )
                                       )
13      Plaintiffs,                    )
                                       )
14 v.                                  )
                                       )
15 ROYAL THAI; ANNA B. FLYNN, an       )
   individual; ALBERTA L. BONDOC, an   )
16 individual; and AMORNPAKARN, INC.,  )
   a California corporation,           )
17                                     )
        Defendants.                    )
18 _____)

19
        The parties, by and through their respective counsel, stipulate to dismissal of this action
20
   in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the
21
   Settlement Agreement and General Release (" Agreement") herein, each party is to bear its
22
   own costs and attorneys' fees.  The parties further consent to and request that the Court retain
23
   jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511
24
   U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
25
   settlement agreements).
26
   ///
27
   ///
28

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON                                      1

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 14, 2005　　　　　THOMAS E. FRANKOVICH,
　　　　　　　　　　　　　　　　　*A PROFESSIONAL LAW CORPORATION*

　　　　　　　　　　　　　　　　　By:   /s/ Jennifer L. Steneberg
　　　　　　　　　　　　　　　　　　　　Jennifer L. Steneberg
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: October 21, 2005　　　　　GORDON & REES LLP

　　　　　　　　　　　　　　　　　By:   /s/ Brian P. Maschler
　　　　　　　　　　　　　　　　　　　　Brian P. Maschler
　　　　　　　　　　　　　　　　　　　　Marcie Isom
　　　　　　　　　　　　　　　　　Attorneys for defendants ANNA B. FLYNN; ALBERTA L. BONDOC; and AMORNPAKARN, INC.

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED:   October 24,         , 2005

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[GRANTED - Judge Elizabeth D. Laporte, United States District Court, Northern District of California seal]